**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
EQUAL VOTE AMERICA CORP., and
LEWIS Y. LIU,

                                 Plaintiff,

-against-                             19 **CIVIL 777** (KPF)

## JUDGMENT

NANCY PELOSI, *in her official capacity as Speaker of the House of Representatives*; KEVIN McCARTHY, *in his official capacity as the House Minority Leader*; MITCH McCONNELL, *in his official capacity as the Senate Majority Leader*; CHARLES SCHUMER, *in his official capacity as the Senate Minority Leader*; and DONALD J. TRUMP, *in his official capacity as President of the United States*,

                                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 26, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
             March 27, 2020

                                              **RUBY J. KRAJICK**
                                              _____
                                                  Clerk of Court
                     **BY:**
                                             _____
                                                 **Deputy Clerk**